ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:   (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Plaintiff
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>KATHY CLEVELAND, ANTHONY PETRU AS TRUSTEE OF THE MICHAEL A. PETRU TRUST dated 11/20/02 and DOES 1 - 10,<br><br>    Defendants. | CASE NO.   CV08-05052 SI<br><br>**REQUEST FOR 60 DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

Plaintiff Life Insurance Company of North America ("LINA"), hereby requests a continuance of the case management conference currently set for February 13, 2009 for good cause as follows:

LINA filed its complaint in interpleader on November 5, 2008. Since filing the complaint, LINA has learned that there are additional funds which need to be interpled and deposited with the Court. LINA has determined that it will be necessary to amend the complaint

1
**REQUEST FOR 60 DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA No. CV08-05052 SI
415146.1

to encompass the additional funds. However, LINA has not yet received those funds and has not been able to deposit them with the Court. For that reason, LINA has not served the defendants with the original complaint.

LINA anticipates receipt of the funds by the end of February 2009, and will amend the complaint accordingly and serve the defendants. Both defendants in this action are aware that LINA is awaiting receipt of the funds, that LINA intends to amended complaint thereafter and that LINA intends to serve the defendants immediately after filing the amended complaint.

For these reasons, LINA requests that this Court continue the case management conference to April 13, 2009 or the closest date thereafter as convenient for the Court.

RESPECTFULLY REQUESTED:

Date: January 23, 2009              WILSON, ELSER, MOSKOWITZ,
                                    EDELMAN & DICKER LLP


                             By:    */s/ Dennis J. Rhodes*
                                    Adrienne C. Publicover
                                    Dennis J. Rhodes
                                    Attorneys for Plaintiff
                                    LIFE INSURANCE COMPANY OF NORTH AMERICA

**ORDER**

**PURSUANT TO THIS REQUEST AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT**:

The Case Management Conference currently set for February 13, 2009, is continued to ~~April 13, 2009~~. April 10, 2009

Dated: _____         By: _____
                                Honorable Susan Illston
                                United States District Court Judge

2
**REQUEST FOR 60 DAY CONTINUANCE OF CASE MANAGEMENT CONFERENCE**
USDC NDCA No. CV08-05052 SI
415146.1