1  ADRIENNE C. PUBLICOVER (SBN 161432)
   DENNIS J. RHODES (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
     EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105
4  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
5
   Attorneys for Plaintiff
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
7

8

9

10                      UNITED STATES DISTRICT COURT

11                      NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13

14 | LIFE INSURANCE COMPANY OF        )  CASE NO.   CV08-05052 SI
     NORTH AMERICA,                   )
15 |                                  )
                   Plaintiff,         )  **REQUEST FOR ADDITIONAL TIME**
16 |                                  )  **WITHIN WHICH TO EFFECT SERVICE**
            v.                        )  **OF PROCESS AND FOR A**
17 |                                  )  **CONTINUANCE OF THE CASE**
     KATHY CLEVELAND, ANTHONY         )  **MANAGEMENT CONFERENCE**
18 | PETRU AS TRUSTEE OF THE          )
     MICHAEL A. PETRU TRUST dated     )
19 | 11/20/02 and DOES 1 - 10,        )
                                      )
20 |              Defendants.         )
                                      )
21

22   Plaintiff Life Insurance Company of North America ("LINA"), hereby requests

23 additional time within which to serve the complaint and for a continuance of the case

24 management conference currently set for April 13, 2009, for good cause as follows:

25   LINA filed its complaint in interpleader on November 5, 2008. Since filing the

26 complaint, LINA has learned that there are additional funds which need to be interpled and

27
                                              1
   **REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS AND**
28         **FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
   USDC NDCA No. CV08-05052 SI
   424072.1

1  deposited with the Court.  LINA has determined that it will be necessary to amend the complaint
2  to encompass the additional funds.
3      On January 23, 2009, LINA requested a continuance of the case management conference
4  which the Court granted.  Since the time of requesting the first continuance of the case
5  management conference, the parties have begun to discuss settlement.  In order to facilitate
6  discussions and conserve litigation and judicial resources, LINA requests that this Court extend
7  the time to serve the complaint to May 5, 2009.  LINA also requests a continuance of the case
8  management conference to June 15, 2009 or the closest date thereafter as convenient for the
9  Court.
10 RESPECTFULLY REQUESTED:
11
12 Date: March 3, 2009                WILSON, ELSER, MOSKOWITZ,
                                            EDELMAN & DICKER LLP
13
14
                            By:   */s/ Dennis J. Rhodes*
15                                  Adrienne C. Publicover
                                 Dennis J. Rhodes
16                                  Attorneys for Plaintiff
                                 LIFE INSURANCE COMPANY OF NORTH AMERICA
17
18
19                                   **ORDER**
20 **PURSUANT TO THIS REQUEST AND FOR GOOD CAUSE APPEARING, IT IS**
21 **HEREBY ORDERED THAT**:
22     The time to serve the complaint is extended to May 5, 2009.  The Case Management
23 Conference is continued to June 15, 2009.
24
25 Dated:_____                By:_____
                                             Honorable Susan Illston
26                                              United States District Court Judge
27