ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone: (415) 433-0990
Facsimile: (415) 434-1370

Attorneys for Plaintiff
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>KATHY CLEVELAND, ANTHONY PETRU AS TRUSTEE OF THE MICHAEL A. PETRU TRUST dated 11/20/02 and DOES 1 - 10,<br><br>  Defendants. | CASE NO. CV08-05052 SI<br><br>**REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS AND FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

Plaintiff Life Insurance Company of North America ("LINA"), hereby requests additional time within which to serve the complaint and for a continuance of the case management conference currently set for April 13, 2009, for good cause as follows:

LINA filed its complaint in interpleader on November 5, 2008. Since filing the complaint, LINA has learned that there are additional funds which need to be interpled and

---

1
**REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS AND
FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
USDC NDCA No. CV08-05052 SI
424072.1

deposited with the Court.  LINA has determined that it will be necessary to amend the complaint to encompass the additional funds.

On January 23, 2009, LINA requested a continuance of the case management conference which the Court granted.  Since the time of requesting the first continuance of the case management conference, the parties have begun to discuss settlement.  In order to facilitate discussions and conserve litigation and judicial resources, LINA requests that this Court extend the time to serve the complaint to May 5, 2009.  LINA also requests a continuance of the case management conference to June 15, 2009 or the closest date thereafter as convenient for the Court.

RESPECTFULLY REQUESTED:

Date: March 3, 2009             WILSON, ELSER, MOSKOWITZ,
                                        EDELMAN & DICKER LLP


By: */s/ Dennis J. Rhodes*
    Adrienne C. Publicover
    Dennis J. Rhodes
    Attorneys for Plaintiff
    LIFE INSURANCE COMPANY OF NORTH AMERICA


**ORDER**

**PURSUANT TO THIS REQUEST AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT**:

The time to serve the complaint is extended to May 5, 2009.  The Case Management Conference is continued to ~~June 15, 2009~~. 6/19/09 @ 2:30

Dated:_____          By:_____[signature: Susan Illston]_____
                                Honorable Susan Illston
                                United States District Court Judge

---

2
**REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF PROCESS AND FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
USDC NDCA No. CV08-05052 SI
424072.1