1  ADRIENNE C. PUBLICOVER  (SBN 161432)
   DENNIS J. RHODES  (SBN 168417)
2  WILSON, ELSER, MOSKOWITZ,
      EDELMAN& DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA  94105
4  Telephone:     (415) 433-0990
   Facsimile:     (415) 434-1370
5
   Attorneys for Plaintiff
6  LIFE INSURANCE COMPANY
   OF NORTH AMERICA
7

8                     UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  LIFE INSURANCE COMPANY OF          )   CASE NO.    CV08-05052 SI
    NORTH AMERICA,                     )
13                                     )
              Plaintiff,               )   **FURTHER REQUEST FOR**
14                                     )   **ADDITIONAL TIME WITHIN WHICH**
       v.                              )   **TO EFFECT SERVICE OF PROCESS**
15                                     )   **AND FOR A CONTINUANCE OF THE**
    KATHY CLEVELAND, ANTHONY           )   **CASE MANAGEMENT CONFERENCE**
16  PETRU AS TRUSTEE OF THE            )
    MICHAEL A. PETRU TRUST dated       )
17  11/20/02 and DOES 1 - 10,          )
                                       )
18            Defendants.              )
                                       )
19

20          Plaintiff Life Insurance Company of North America ("LINA"), hereby requests

21  additional time within which to serve the complaint and for a continuance of the case

22  Management conference currently set for June 19, 2009, for good cause as follows:

23          On January 23, 2009, and again on March 3, 2009, LINA requested a continuance of the

24  case management conference and the time to serve the complaint, which the Court granted in

25  view of the parties' efforts to settle the case in advance of further litigation.  Settlement

26  discussions are ongoing and the claimants have agreed to go to private mediation.  In view of this

27                                          1
    **FURTHER REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF**
28  **PROCESS AND FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
    USDC NDCA No. CV08-05052 SI
    439328.1

1  development, LINA asks that the Court extend the time for service of the complaint for an

2  additional 60 days and to continue the case management conference. The further extension will

3  facilitate settlement discussions, allow private mediation to occur and conserve litigation and

4  judicial resources.

5      Therefore, LINA requests that this Court extend the time to serve the complaint to July 6,

6  2009. LINA also requests a continuance of the case management conference to August 7, 2009

7  or the closest date thereafter as convenient for the Court.

8  RESPECTFULLY REQUESTED:

9

10  Date: May 4, 2009            WILSON, ELSER, MOSKOWITZ,
                                  EDELMAN & DICKER LLP
11

12                      By:    /s/ Dennis J. Rhodes
                                Adrienne C. Publicover
13                              Dennis J. Rhodes
                                Attorneys for Plaintiff
14                              LIFE INSURANCE COMPANY OF NORTH AMERICA

15

                                **ORDER**
16

17      **PURSUANT TO THIS REQUEST AND FOR GOOD CAUSE APPEARING, IT IS**

    **HEREBY ORDERED THAT**:
18

19      The time to serve the complaint is extended to July 6, 2009. The Case Management

    Conference is continued to August 7, 2009.
20

21

22  Dated:_____     By:_____
                                Honorable Susan Illston
23                              United States District Court Judge

24

25

26

27                                         2
    **FURTHER REQUEST FOR ADDITIONAL TIME WITHIN WHICH TO EFFECT SERVICE OF**
28  **PROCESS AND FOR A CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE**
    USDC NDCA No. CV08-05052 SI
    439328.1