ADRIENNE C. PUBLICOVER (SBN 161432)
DENNIS J. RHODES (SBN 168417)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105
Telephone:  (415) 433-0990
Facsimile:  (415) 434-1370

Attorneys for Plaintiff
LIFE INSURANCE COMPANY
OF NORTH AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHY CLEVELAND, ANTHONY PETRU AS TRUSTEE OF THE MICHAEL A. PETRU TRUST dated 11/20/02 and DOES 1 - 10,<br><br>　　　　Defendants. | CASE NO.   CV08-05052 SI<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE:**<br>**REQUEST FOR ADDITIONAL TIME RE SERVICE OF PROCESS AND CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE** |

　　　Plaintiff Life Insurance Company of North America ("LINA"), hereby notifies this Court that the defendants/claimants to the interpleader proceeds on deposit with the Court have settled their competing claims in principle. The parties need additional time to obtain the approval of the Probate Court of the settlement and for the appointment of a guardian ad litem per the terms of the settlement. The Probate Court hearing is currently set for August 26, 2009. Once the Probate Court approves the settlement, the parties to this action anticipate filing a stipulated

---

1
NOTICE OF SETTLEMENT IN PRINCIPLE:
REQUEST FOR ADDITIONAL TIME RE SERVICE OF PROCESS AND
CONTINUANCE OF THE CASE MANAGEMENT CONFERENCE
USDC NDCA No. CV08-05052 SI
453382.1

1 | judgment in interpleader with instructions on how the proceeds are to be distributed. Hence, the
2 | action should not be dismissed at this time.

3 |     Currently, the Court has continued the date to complete service of process to July 6,
4 | 2009. The Court has also set a Case Management Conference for August 7, 2009. In view of the
5 | time needed to complete the settlement, LINA requests that this Court extend the time to serve
6 | the complaint to September 5, 2009. LINA also requests a continuance of the Case Management
7 | Conference to October 9, 2009 or the closest date thereafter as convenient for the Court.

8 | RESPECTFULLY REQUESTED:

10 | Date: June 29, 2009        WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP

12 |                       By:   */s/ Dennis J. Rhodes*
                              Adrienne C. Publicover
13 |                               Dennis J. Rhodes
                              Attorneys for Plaintiff
14 |                               LIFE INSURANCE COMPANY OF NORTH AMERICA

### ORDER

**PURSUANT TO THIS REQUEST AND FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT**:

    The time to serve the complaint is extended to September 5, 2009. The Case Management Conference is continued to October 9, 2009.

Dated:_____        By:__/s/ Susan Illston_____
                                   Honorable Susan Illston
                                   United States District Court Judge